**Andre Tony WALLS, Appellant,**

v.

**Deanna HILLER; Michael R. Isaacson, Sued as Michael Isaacson; Bureau of Prisons, Sued as Federal Bureau of Prisons, Appellees.**

No. 01–2997.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 19, 2002.

Decided Feb. 22, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Federal inmate Andre Walls appeals the district court's[1] adverse grant of summary

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, Unit-

judgment in his lawsuit against the Bureau of Prisons and two of its officials. For the reasons stated in the magistrate judge's report, we affirm. *See* 8th Cir. R. 47B.

ed States Magistrate Judge for the District of Minnesota.